In the Matter of BERNARD L. SHERIDAN, Petitioner, against CLIFFORD J. FLETCHER, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Motion to dismiss proceeding denied. Stay, staying the effect of the order, dissolved. All concur.

JULIA KUEHNLE, Respondent, v. JOSEPH MALINOSKI, Appellant, and WALTER MEKODY, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with $10 costs. All concur. [See ante, p. 717.]

In the Matter of the Application of ANN BRUCE, Appellant. HAROLD ATKINS et al., Respondents.— Motion to amend decision granted so as to read "reversed on the law and facts", with $10 costs. Motion in all other respects denied. Decision of this court, handed down March 7, 1945 [ante, p. 718], is amended to read as follows: Appeal from an order of the Ulster County Court, denying petitioner-appellant's motion to vacate an order of adoption. Petitioner is the mother of the adopted infant, and Harold Atkins, one of the respondents, is the father. The adoption took place under rather extraordinary circumstances when the infant was less than two months of age. The court dispensed with the requirement of the statute that the infant should reside with the foster parents for a period of six months before the order of adoption was signed. While this was discretionary we think that the court's discretion was not wisely exercised under the circumstances, nor do we agree with its construction of the statute to the effect that the requirement of a residence period was not intended for the benefit of the mother of the child. It was, in our opinion, intended for the benefit of all parties in any adoption proceeding, whenever applicable. In this case we do not find that the mother ever expressly asked that this provision of the statute be dispensed with, nor do we find that its terms and purpose were ever explained to her. In the interests of justice the order appealed from is reversed on the law and facts, without costs, and the motion to vacate the order of adoption granted, without costs. The order granting the motion to vacate the order of adoption should provide for the restoration of the child to petitioner. All concur.

In the Matter of the Estate of ELIZABETH FURLONG, Deceased. PATRICK J. CASSIDY, Appellant; PATRICIA FURLONG, as Executrix of ELIZABETH FURLONG, Deceased, et al., Respondents.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. All concur. [See 268 App. Div. 749.]

VERNONVILLE FARMS, INC., Respondent, v. NELSON CREAMERY CORPORATION, Appellant.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. All concur. [See ante, p. 719.]

In the Matter of the Claim of MARY LA FRAY, Appellant, against SIMPLEX MFG. CO. et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.— Claimant has appealed from a decision of the Industrial Board disallowing her claim. There is a conflict in the medical testimony which the Board resolved in favor of the employer and its insurance carrier. Only questions of fact are presented. Decision affirmed, without costs. All concur.